Submitted on record and briefs June 7, reversed July 24, 2002

In the Matter of Daniel James Silver,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL JAMES SILVER,
*Appellant.*

0103-61687; A114112

51 P3d 619

Lewis B. Lawrence, Judge pro tempore.

Laurie Bender filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a final order committing him to the Mental Health Division. The order is based on findings that there is clear and convincing evidence that appellant suffers from a mental disorder and is dangerous to himself and is unable to provide for his basic personal needs. On appeal, he argues, among other things, that the record does not support those findings. The state concedes the point. We accept the concession.

Reversed.